THE STATE OF OHIO, APPELLEE, *v.* WINNINGHAM, APPELLANT.

[Cite as *State v. Winningham,* 132 Ohio St.3d 77, 2012-Ohio-1998.]

(No. 2012–0099—Submitted March 20, 2012—Decided May 10, 2012.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones,* —— U.S. ——, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Melynda Machol, Assistant Prosecuting Attorney, for appellee.

Raymond L. Katz, for appellant.